THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER B. SCANLON, Appellant, *v.* CHARLES F. MILLIKEN, et al., Composing the State Civil Service Commission, Respondents.

*People ex rel. Scanlon* v. *Milliken,* 127 App. Div. 468, reversed.
(Argued November 11, 1908; decided December 15, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1908, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendants to place the relator's name upon the roster of employees in the office of the sheriff of Kings county.

*John J. McGinniss* for appellant.

*William S. Jackson,* Attorney-General (*Timothy I. Dillon* of counsel), for respondents.

Orders of Appellate Division and Special Term reversed, and application for mandamus granted, with costs in all courts, on the authority of *Matter of Flaherty* v. *Milliken* (193 N. Y. 564); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM NASH, Respondent.

*People* v. *Nash,* 123 App. Div. 909, affirmed.
(Argued November 25, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 9, 1907, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover a penalty for alleged illegal fishing.

*John R. Fanning* for appellant.

*George B. Draper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and CHASE, JJ. Dissenting: HISCOCK, J.